**Order entered October 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00110-CV

### PRASHANT PRABHULKAR, Appellant

### V.

### PROGRESSIVE AUTO INSURANCE, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03030-2018**

## ORDER

Before the Court is appellant's October 26, 2020 second motion for an extension of time to file his brief on the merits and appellee's response opposing the motion. We **GRANT** the motion and extend the time to **November 10, 2020**. We caution appellant that further extension requests will be strongly disfavored.

/s/     BILL WHITEHILL
        JUSTICE